UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:07-cr-314-T-17TGW

YOANDY PEREZ

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested

leave to dismiss the Indictment against Defendant YOANDY PEREZ,

without prejudice.   Leave of Court is granted and the Indictment is dismissed

against Defendant YOANDY PEREZ, in the above-captioned case, without

prejudice.   The Clerk of Court is directed to close the case as to Defendant

YOANDY PEREZ

Dated: _November 7th, 2018_

ELIZABETH A. KOVACHEVICH
United States District Judge

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**

Copies to:
AUSA James C. Preston, Jr.